USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNETTE TATUM-RIOS, *individually and on behalf of all other persons similarly situated*,

              Plaintiff,

    -v-

PETIT VOUR LLC,

             Defendant.
------------------------------------------------------------X

**ORDER**

19-CV-9770 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By letter motion dated November 18, 2019, defendant requested—and the Court granted—an extension of time to respond to the complaint by January 3, 2020. Dkt. Nos. 6, 7. To date, no motion, answer, or other response to the complaint has been filed. The parties are hereby directed to file a joint letter on the docket by **January 16, 2020**, providing the Court with the status of the case as the deadline to respond to the complaint has since passed.

    **SO ORDERED.**

Dated: January 9, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge